IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LI,<br><br>      Plaintiff,<br><br>  v.<br><br>ROBLOX CORP., et al.,<br><br>      Defendants. | Case No. 24-cv-03484-MMC<br><br>**ORDER GRANTING ALEXANDRU TUDOSE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL; VACATING HEARING** |

      Before the Court is Alexandru Tudose's ("Tudose") "Motion for: (1) Appointment as Lead Plaintiff; and (2) Approval of Selection of Counsel," filed August 12, 2024.  No opposition or other response to the motion has been filed.[1]  Having read and considered the Motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for September 20, 2024, and rules as follows.

      The Complaint in the above-titled action asserts claims under the Securities Exchange Act of 1934.  In an action asserting claims under said Act, a district court "shall appoint as lead plaintiff the member or members of the purported plaintiff class that the court determines to be most capable of adequately representing the interests of class members."  See 15 U.S.C. § 78u-4(a)(3)(B)(i).  "The 'most capable' plaintiff – and hence the lead plaintiff – is the one who has the greatest financial stake in the outcome of the case, so long as he meets the requirements of Rule 23 [of the Federal Rules of Civil Procedure], in particular, those of 'typicality' and 'adequacy.'"  In re Cavanaugh, 306 F.3d

---

[1] Under the Local Rules of this District, any opposition or response was due no later than August 26, 2024.  See Civil L.R. 7-3(a)-(b).

1  726, 729-30 (9th Cir. 2002) (quoting Rule 23).

2  Here, Tudose has submitted evidence that, as a result of defendants' alleged
3  violations, he has incurred a financial loss of over $200,000 (see Apton Decl. Ex. B), and
4  no other member of the putative class has sought to represent the class or submitted
5  evidence of a higher loss.  Under such circumstances, the Court finds Tudose has the
6  greatest financial stake in the outcome of the case.  Also, for the reasons stated in the
7  motion (see Mot. at 5:9-7:27), the Court finds Tudose meets the requirements of Rule 23.

8  Accordingly, the motion is GRANTED, and Tudose is hereby APPOINTED lead
9  plaintiff for the putative class.

10  Additionally, Tudose's choice of counsel, Levi & Korsinsky, LLP, is hereby
11  APPROVED.  As lead counsel, Levi & Korsinsky shall be responsible for the overall
12  conduct of the litigation on behalf of the putative class and shall have sole authority to do
13  the following:

14  1.  Determine and present to the Court and opposing parties the position of
15  the lead plaintiff and putative class members on all matters arising during the instant
16  litigation;

17  2.  Enter into stipulations with opposing counsel as necessary for the conduct of
18  the litigation;

19  3.  Coordinate the initiation and conduct of discovery on behalf of the lead plaintiff
20  and putative class members consistent with the requirements of the Federal Rules of
21  Civil Procedure;

22  4.  Hire expert witnesses and consultants on behalf of the lead plaintiff and
23  putative class members, as needed to prepare for class certification or trial, and advance
24  other costs that may be reasonable and necessary to the conduct of the litigation;

25  5. Conduct settlement negotiations on behalf of the lead plaintiff and putative
26  class members, and, if appropriate, to enter into a settlement that is fair, reasonable, and
27  adequate on behalf of the putative class members;

28  //

6. Monitor its activities to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and

7. Perform such other duties as may be incidental to the proper prosecution and coordination of pretrial and trial-related activities on behalf of the lead plaintiff and putative class members or authorized by further order of this Court.

**IT IS SO ORDERED.**

Dated: August 27, 2024

MAXINE M. CHESNEY
United States District Judge