BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELENA HADJIMICHAEL, State Bar No. 355715
elena.hadjimichael@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

SUSANNAH BENJAMIN (*pro hac vice*)
susannah.benjamin@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007

*Attorneys for Defendants Roblox Corporation,*
*David Baszucki, Manuel Bronstein,*
*Michael Guthrie, and Christina Wootton*

[additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EUGENE LI,  Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>         v.<br><br>ROBLOX CORPORATION, DAVID BASZUCKI, MANUEL BRONSTEIN, MICHAEL GUTHRIE, and CHRISTINE WOOTTON,<br><br>             Defendants. | Case No.: 3:24-cv-03484-MMC<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

WHEREAS, on June 10, 2024, Plaintiff Eugene Li filed a putative securities class action complaint (the "Complaint," ECF No. 1) against Defendants Roblox Corporation, David Baszucki, Manuel Bronstein, Michael Guthrie, and Christina Wootton (collectively, "Defendants") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, the Complaint asserts claims that are subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), Pub. L. No. 104-67, 109 Stat. 737 (1995), which provides for, among other things, a mandatory stay of all discovery pending resolution of any motions to dismiss, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, on June 11, 2024, the Court issued an Order setting the Initial Case Management Conference and ADR Deadlines, in which the Court set an Initial Case Management Conference for September 13, 2024 and associated deadlines based on that date (ECF No. 4);

WHEREAS, on August 27, 2024, the Court issued an Order (ECF No. 17) granting the motion of Alexandru Tudose ("Lead Plaintiff") for appointment as lead plaintiff and his choice of counsel, Levi & Korsinsky, LLP, as lead counsel;

WHEREAS, on August 30, 2024, the Court issued an Order (ECF No. 19) continuing the Initial Case Management Conference to November 1, 2024, and associated deadlines based on that date.

WHEREAS, the undersigned Defendants' counsel agree to accept service on behalf of the Defendants;

WHEREAS, Lead Plaintiff plans to file an amended complaint (the "Amended Complaint"), which Defendants plan to move to dismiss;

WHEREAS, in light of the mandatory stay of proceedings applicable to cases governed by the PSLRA, and in the interest of judicial economy, the Initial Case Management Conference scheduled for November 1, 2024, and associated deadlines, should be vacated and continued until the date of the hearing on Defendants' anticipated motion to dismiss the Amended Complaint ("Motion to Dismiss").

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, subject to the Court's approval, as follows:

1.      Defendants hereby accept service of the Complaint through their counsel. By agreeing to have their counsel accept service, and to waive formal service of process, of the Complaint,  Defendants do not waive any rights, defenses, or arguments, with the sole exception of arguments based on insufficient service of process;

2.      Defendants shall not be required to answer or otherwise respond to the Complaint;

3.      Lead Plaintiff shall file the Amended Complaint by October 18, 2024;

4.      Defendants shall file their Motion to Dismiss by December 2, 2024;

5.      Lead Plaintiff shall file his opposition by January 16, 2025;

6.      Defendants shall file their reply by February 6, 2025;

7.      The hearing on the Motion to Dismiss shall be scheduled for March 7, 2025, or as soon thereafter as may be convenient to the Court; and

8.      The Initial Case Management Conference scheduled for November 1, 2024, and associated deadlines, is vacated and continued to the date of the hearing on Defendants' Motion to Dismiss.

Respectfully submitted,

Dated: August 30, 2024            FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: */s/ Boris Feldman* _____
    Boris Feldman

*Attorneys for Defendants Roblox Corporation, David Baszucki, Manuel Bronstein, Michael Guthrie, and Christina Wootton*

Dated: August 30, 2024            LEVI & KORSINSKY, LLP

By: */s/ Adam M. Apton* _____
    Adam M. Apton
Adam M. Apton, State Bar No. 316506
1160 Battery Street East, Suite 100
San Francisco, California 94111
Telephone: (415) 373-1671

*Attorneys for Lead Plaintiff Alexandru Tudose*

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that I obtained concurrence in the filing of this document from the signatories to it.

*/s/ Boris Feldman*
Boris Feldman

\*       \*       \*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____      _____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE