**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Lead Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORP., DAVID BASZUCKI, MANUEL BRONSTEIN, MICHAEL GUTHRIE, and CHRISTINA WOOTTON,<br><br>Defendants. | Case No.: 3:24-cv-03484-MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiff Alexandru Tudose ("Plaintiff"), voluntarily dismiss the claims in the above captioned action (the "Action") without prejudice, and with each party agreeing to bear their own costs. Because this Notice of Voluntary Dismissal is being filed with the Court before any defendant has served either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

PLEASE TAKE FURTHER NOTICE that Plaintiff has not received any compensation nor is there any agreement to provide compensation in exchange for this Notice.

Dated: October 10, 2024                    Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
Email: aapton@zlk.com
1160 Battery Street East, Suite 100
San Francisco, CA 9411
Tel: 415-373-1671

*Attorneys for Lead Plaintiff*